IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02906-STV

THERESA BROOKE,

    Plaintiff,

v.

COLORADO LODGING INC., d/b/a Best Western Plus Gateway Inn,

    Defendant.

**STIPULATED MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff, Theresa Brooke ("Plaintiff") and Defendant, Colorado Lodging, Inc., d/b/a Best Western Plus Gateway Inn ("Defendant") (collectively the "Parties") submit the following Stipulated Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and state as follows:

    1.    The Parties have reached a settlement of all the claims asserted in the above-captioned case.

    1.    The Parties agree that each party will pay her/its own fees and costs.

    2.    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the Parties respectfully request that the Court dismiss this case with prejudice and vacate any pending deadlines in this case.

WHEREFORE, the Parties respectfully request that the Court grant this Stipulated Motion to Dismiss and dismiss this case with prejudice, each party to pay her/its fees and costs.

Respectfully submitted this 14th day of August, 2018.

By: */s/ Peter Kristofer Strojnik*
Peter Kristofer Strojnik, Esq.
2415 East Camelback Road Suite 700
Phoenix, Arizona 85016
Telephone: 602-510-9409
pstrojnik@strojniklaw.com

*Attorney for Plaintiff Theresa Brooke*

By: */s/ Nicholas R. Peppler*
Nicholas R. Peppler
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: 720-722-7196
Facsimile: 720-200-0679
npeppler@armstrongteasdale.com

*Attorney for Defendant*
*Colorado Lodging, Inc.*